UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABD AL HAKIM GHALIB AHMAD
ALHAG
     *Petitioner/Plaintiff,*

v.

BARACK H. OBAMA, *et al.*
     *Respondents/Defendants.*

Case No. 05-CV-2199 (RCL)

**[PROPOSED] ORDER**

Upon consideration of Petitioner's Unopposed Motion to Modify Schedule, the

Court determines that the motion be GRANTED. It is hereby

     **ORDERED** that the schedule be modified as follows:

| | |
|---|---|
| Deadline for Updated Briefs, Including Proposed Findings of Fact and Conclusions of Law: | Sept. 21, 2012 |
| Deadline for Petitioner's Decision Whether to Testify: | Sept. 21, 2012. |

**SO ORDERED** this _20th_ day of August 2012.

_____
ROYCE C. LAMBERTH
Chief Judge
United States District Court

3